Robert S. Arns, State Bar No. 65071
Jonathan E. Davis, State Bar No. 191346
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TRICHEL; | ) No. C09-02559 |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| vs. | ) |
| | ) **Assigned for all Purposes to:** |
| RSC EQUIPMENT RENTAL and DOES 1 to 100, inclusive | ) Hon. James Larson |
| | ) **Complaint Filed:** February 17, 2009 |
| Defendants. | ) **Discovery Cut-Off:** May 3, 2010 |
| | ) **Trial Date:** September 13, 2010 |

-1-
NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses without prejudice their claims against all Defendants.

THE ARNS LAW FIRM

By: _____
JONATHAN E. DAVIS
Attorneys for Plaintiff